UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

GLENDA GRANSTAFF,

Plaintiff,

-vs-

BANK OF AMERICA N.A.,

Defendant.
_____/

CASE NO.: 3:18-CV-00119

CHIEF JUDGE CRENSHAW
MAGISTRATE JUDGE NEWBERN

JURY DEMAND

## NOTICE OF PENDING SETTLEMENT

Plaintiff, GLENDA GRANSTAFF, by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, GLENDA GRANSTAFF, and Defendant, BANK OF AMERICA, N.A., have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

*/s/ Frank H. Kerney, III*
FRANK H. KERNEY, III, ESQUIRE
BPR No. 035859
MORGAN & MORGAN, TAMPA, P.A.
One Tampa City Center
201 N. Franklin Street, Suite 700
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 559-4845
fkerney@forthepeople.com
shill@forthepeople.com
slauredean@forthepeople.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of April, 2018, the foregoing document was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system; and, a copy of which was served via electronic mail to all parties requesting notification of such filings, and of which are listed below:

Lauren Paxton Roberts
Stites & Harbison, PLLC (Nashville Office)
401 Commerce Street
Suite 800
Nashville, TN 37219
(615) 782-2284
Fax: (615) 742-0729
Email: lauren.roberts@stites.com
ATTORNEY TO BE NOTICED

*/s/ Frank H. Kerney, III*
*Attorney for Plaintiff*
BPR No.: 035859