UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

GLENDA GRANSTAFF,

  Plaintiff,                                      CASE NO.: 3:18-CV-00119

-vs-

BANK OF AMERICA CORPORATION,

  Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Glenda Granstaff, and the Defendant, Bank of America, N.A., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 4th day of June, 2018.

| | |
|---|---|
| */s/ Frank H. Kerney, III* | */s/ Lauren Paxton Roberts* |
| Frank H. Kerney, III, Esquire | Lauren Paxton Roberts (BPR # 25049) |
| BPR No. 035859 | Stites & Harbison, PLLC (Nashville Office) |
| Morgan & Morgan, Tampa, P.A. | 401 Commerce Street |
| One Tampa City Center | Suite 800 |
| 201 N. Franklin Street, Suite 700 | Nashville, TN 37219 |
| Tampa, FL 33602 | (615) 782-2284 |
| Tele: (813) 223-5505 | Fax: (615) 742-0729 |
| Fax: (813) 559-4845 | Email: lauren.roberts@stites.com |
| fkerney@forthepeople.com | *Attorney for Defendant* |
| shill@forthepeople.com | |
| slauredan@forthepoeple.com | |
| *Attorney for Plaintiff* | |